UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

    v.                        Criminal No. 05-cr-07-01-SM

<u>Aprile Ryder</u>

**ORDER OF RECUSAL**

As I own stock in Home Depot, a corporation that would be entitled to restitution from the defendant, I am required to, and hereby do recuse myself from presiding over this case. <u>See</u> 28 U.S.C. § 455(b)(4).

    **SO ORDERED.**

                                                  _____
                                                  Steven J. McAuliffe
                                                  Chief Judge

November 8, 2005

cc:  Robert M. Kinsella, Esq.
     Jeffrey S. Levin, Esq.